IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01176-PSF-PAC

BERNARD THOMPSON,

    Plaintiff,

v.

JOEL HALL,

    Defendant.

___

### ORDER GRANTING DISMISSAL
___

This matter having come before the Court on the parties' Stipulation of Dismissal With Prejudice (Dkt. # 21), and the Court having examined the Stipulation, it is hereby

ORDERED that this matter is DISMISSED with prejudice, each party to pay his own costs incurred.

DATED: February 21, 2006

                        BY THE COURT:

                        *s/ Phillip S. Figa*
                        _____
                        Phillip S. Figa
                        United States District Judge